JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART OATMAN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER INTERNAL REVENUE SERVICES,<br><br>    Defendant. | Case No. 2:23-cv-04012-SB-AFM<br><br>FINAL JUDGMENT |

   Based on Plaintiff Steward Oatman's failure to allege that he exhausted his administrative remedies, and for the reasons stated in the separate order of dismissal entered October 20, 2023, Dkt. No. 24, Plaintiff's claims against Defendant Commissioner of the Internal Revenue Service are dismissed without prejudice for lack of jurisdiction.

   This is a final judgment.

Date: October 25, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1